

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00282-CV

## IN THE INTEREST OF C.G., A CHILD

_____

**From the County Court at Law
Ellis County, Texas
Trial Court No. 85,553CCL**

## MEMORANDUM  OPINION

The Clerk of this Court notified Appellants, Carla Arisano and Brock Brinkman, by letter dated January 13, 2015, that the clerk's record in the above cause had apparently not been filed because Appellants had failed to pay or make arrangements to pay the clerk's fee for preparation of the record.  Appellants were further notified that if they desired to proceed with this appeal, they must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of the January 13, 2015 letter.  Appellants were warned that if they failed to do so, this appeal might be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  On February 19, 2015, this Court again notified Appellants that the clerk's record had not

been filed because Appellants had failed to pay or make arrangements to pay the clerk's fee for preparation of the record. Appellants were further notified that if they desired to proceed with this appeal, they must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of the February 19, 2015 letter. Appellants were warned that if they failed to do so, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). More than 21 days have passed, and we have not been notified that Appellants have paid or made arrangements to pay the clerk's fee.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed April 16, 2015
[CV06]

